# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ENERCREST CONSTRUCTION, INC. | ) | Case No. 10-41841 EEB |
| EIN: 83-0337277, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## STATUS REPORT

Jeffrey A. Weinman, Chapter 7 Trustee, through undersigned counsel, for his Status Report, states:

The Trustee hereby advises the Court, United States Trustee's Office, and other parties in interest that the claims review and objection analysis is close to complete. The Trustee intends to complete his review, file and/or informally resolve any claim objections, complete tax returns, provide a distribution to creditors, and close this chapter 7 case by the end of the year.

WHEREFORE, the Trustee respectfully submits this status report.

Dated: June 2, 2017.

**LINDQUIST & VENNUM LLP**

By:  /s/ Ethan J. Birnberg
        Ethan J. Birnberg, #43343
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone:  (303) 573-5900
Facsimile:  (303) 573-1956
E-mail:  ebirnberg@lindquist.com

*Counsel for Jeffrey A. Weinman, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2017, true and correct copies of the foregoing **STATUS REPORT** were serves via U.S. Mail, first class postage prepaid, to the addressed on the attached list.

*/s/ Jessica M. Groskopf*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-41841-EEB<br>District of Colorado<br>Denver<br>Fri Jun  2 09:14:05 MDT 2017 | 3C Aviation<br>PO Box 4902<br>Jackson, WY 83001-4902 | A-1 Traffic Control & Barricade<br>32597 Hwy 6 & 24<br>Silt, CO 81652 |
| A-Saf-T-Box LP<br>PMB 620 20475 Hwy 46 W, Ste. 180<br>Spring Branch, TX 78070-6180 | AT&T<br>PO Box 2969<br>Omaha, NE 68103-2969 | Abrahamson Trucking<br>5600 Ninth Street SE<br>Minot, ND 58701-3208 |
| Ace Industrial Supply Inc<br>7535 San Fernando Blvd<br>Burbank, CA 91505-1044 | Airgas International<br>PO Box 7430<br>Pasadena, CA 91109-7430 | (p)AIRGAS USA LLC<br>110 WEST 7TH STREET<br>SUITE 1300<br>TULSA OK 74119-1106 |
| Airport Automotive<br>9326 Hwy 191<br>Pinedale, WY 82941 | All Tech Heating Specialists Inc<br>PO Box 1478<br>Pinedale, WY 82941-1478 | Allen Seed Grain Inc<br>12616 N 1200 E<br>Lewiston, UT 84320-2149 |
| Alsco - Ogden<br>PO Box 9398<br>Ogden, UT 84409-0398 | American Dust Control, Inc.<br>PO Box 6074<br>Shreveport, LA 71136-6074 | American InfoSource LP as agent for<br>Xcel Energy South<br>PO Box 268872<br>Oklahoma City, OK  73126-8872 |
| Amerigas - Craig<br>PO Box 7155<br>Pasadena, CA 91109-7155 | Ameripride Linen & Apparel Service<br>PO Box 2033<br>Bismarck, ND 58502-2033 | Arkansas Valley Seed Solutions<br>14119 Collections Center Dr<br>Chicago, IL 60693-0141 |
| Armstrong Sanitation Plus & Roll-off<br>PO Box 2192<br>Bismarck, ND 58502-2192 | (p)ATMOS ENERGY<br>P O BOX 650205<br>DALLAS TX 75265-0205 | Avalanche Equipment<br>1985 E Chenango Ct<br>Englewood, CO 80113-7127 |
| BDB Contractors<br>5051 Shiloh Vimville Rd.<br>Meridian, MS 39301-8481 | Badland Power Fuels, LLC<br>PO Box 1369<br>Minot, ND 58702-1369 | Barnes Distribution<br>Dept CH 14079<br>Palatine, IL 60055-4079 |
| Basin Auto Supply - NAPA<br>322 E Main St<br>Vernal, UT 84078-2608 | Basin Builders Supply<br>PO Box 1548<br>Roosevelt, UT 84066-1548 | Basin Concrete Inc - Trucking & Rental<br>PO Box 4264<br>Williston, ND 58802-4264 |
| Baymont Inn, Pinedale<br>1624 W Pine St<br>Pinedale, WY 82941-0096 | Bell Supply Co<br>PO Box 842263<br>Pinedale, WY 82941-0096 | Best Western Crossroads Inn<br>PO Box 910<br>Buffalo, WY 82834-0910 |

(c)BIG B EQUIPMENT INC
2139 W HIGHWAY 40
ROOSEVELT UT  84066-4968

Big Piney Motel
PO Box 69
Big Piney, WY 83113-0069

Billy Joe Moore
2542 Roundhill Rd.
Oak Grove, LA 71263-8017

Ethan Birnberg
600 17th St., Ste. 1800 South
Denver, CO 80202-5402

Blaine's Auto Body & Sales Inc
4916 2nd Ave W
Williston, ND 58801-7205

Border Steel & Recycling
PO Box 2139
Williston, ND 58802-2139

(c)BORSHEIM BUILDERS SUPPLY, INC.
8 48TH AVE W
WILLISTON ND  58801-9185

Bossier City Office Park
3018 Old Minden Rd Ste 1202
Bossier City, LA 71112-2542

Bray Ranch
PO Box 564
Big Piney, WY 83113-0564

C&W Fire & Safety, Inc.
1327 Driftwood Dr.
Bossier City, LA 71111-2840

CDL Habitat Restoration
PO Box 687
Pinedale, WY 82941-0687

CMC Construction Services
Dept 1133 PO Box 121133
Dallas, TX 75312-1133

Chad S. Caby
One Tabor Center
Suite 3000
Denver, CO 80202-5855

Calibration Technicians & Supply Inc
PO Box 138
Evanston, WY 82931-0138

Centennial Suites, LLC
PO Box 2738
Glenwood Springs, CO 81602-2738

Century Tel
PO Box 4300
Carol Stream, IL 60197-4300

CenturyTel of Wyoming, Inc.
dba CenturyLink
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA  70806-5720

Chance Grubbs
1181 Hwy 878
Oak Grove, LA 71263-8110

Chaney's Car & Truck Repair
1804 2nd St W
Williston, ND 58801-5800

Classic Printing
305 Market St.
Shreveport, LA 71101-7242

Collins Construction, Inc.
PO Box 75
New Castle, CO 81647-0075

Colorado Department of Revenue
Bankruptcy Unit
1375 Sherman St Rm 504
Denver, CO 80261-3000

Colorado Department of Transportation
4201 E Arkansas Ave Ste 290
Denver, CO 80222-3406

Comcast Cable
PO Box 34744
Seattle, WA 98124-1744

Comfort Inn
1515 22nd Ave SW
Minot, ND 58701-6901

Comfort Inn
1803 Comfort Ln.
Cameron, MO 64429-8210

Commercial Coating Services, Inc.
Heather H. Jobe et al.
3232 McKinney Ave., Ste. 1400
Dallas, TX 75204-7422

Complete Lab Solutions
2223 Old Minden Rd., #A2
Bossier City, LA 71112-2303

Construction Safety Products, Inc.
359 Mt. Zion Rd.
Shreveport, LA 71106-6565

Country Inn & Suites
2501 W. 29th St.
Greeley, CO 80631-8505

| | | |
|---|---|---|
| Country Machines<br>2380 N. 400 East, Ste. G<br>Logan, UT 84341-1769 | Coutrans, Inc.<br>PO Box 288<br>Noxapater, MS 39346-0288 | Craven - Hagan Clinic<br>1213 15th Ave W<br>Williston, ND 58801-3895 |
| Crocpot LLC<br>PO Box 400<br>Blanchard, LA 71009-0400 | Cross Country Pipeline Supply Inc<br>2420 Uravan<br>Aurora, CO 80011-3535 | Culligan<br>634 E Broadway<br>Williston, ND 58801-6104 |
| Culligan of Sheridan<br>1831 S Sherican Ave<br>Sheridan, WY 82801-6103 | DA Screening<br>PO Box 182<br>Pinedale, WY 82941-0182 | DXP Enterprises<br>7272 Pinemont<br>Houston, TX 77040-6606 |
| Dennis Trucking Ltd<br>PO Box 687<br>Pinedale, WY 82941-0687 | Discount Tire & Service of Greeley<br>120 18th St.<br>Greeley, CO 80631-5911 | Ditch Witch<br>5402 Industrial Dr. Ext.<br>Bossier City, LA 71112-2625 |
| Double RR & D - NAPA<br>949 Railroad Ave<br>Rifle, CO 81650-3513 | Dresser Oil Tools Inc<br>PO Box 754<br>Tioga, ND 58852-0754 | Dubois Telephone Exchange<br>PO Box 246<br>Dubois, WY 82513-0246 |
| E & L Motors<br>PO Box 364<br>Diamondville, WY 83116-0364 | EOG Resources, Inc.<br>600 17th Street, Ste. 1000N<br>Denver, CO 80202-5405 | ESP Essential Safety Products<br>939 E. 62nd Avenue<br>Denver, CO 80216-1142 |
| Eastern Edge Properties<br>3105 E 2nd St<br>PO Box 1581<br>Gillette, WY 82717-1581 | Econo Lodge<br>1635 North Elk<br>Rock Springs, WY 82901-4020 | Eiden Construction<br>Pinemar Subdivision, Hwy 189<br>Big Piney, WY 83113 |
| El Rancho Corporation<br>1623 2nd Ave W<br>Williston, ND 58801-4110 | Electric & Magneto, Inc.<br>24 First Avenue East<br>Williston, ND 58801-6004 | Emry's Locksmithing<br>PO Box 514<br>Williston, ND 58802-0514 |
| EnerCrest Construction, Inc.<br>PO Box 260905<br>Lakewood, CO 80226-0905 | Energy Laborabories<br>PO Box 30975<br>Billings, MT 59107-0975 | Evanston Tire Factory<br>269 E. Bear River Dr.<br>Evanston, WY 82930-2801 |
| F.A.I.R.<br>Drawer 10<br>Douglas, WY 82633-0010 | Fairfield Inn by Marriott<br>2401 W. 29th St.<br>Greeley, CO 80631-8524 | Farm Plan<br>PO Box 650215<br>Dallas, TX 75265-0215 |

| | | |
|---|---|---|
| Farmer Brothers<br>805 S Saturn Ave<br>Idaho Falls, ID 83402-3286 | Farmers Bros. Co.<br>20333 So. Normandie Avenue<br>P.O. Box 2959<br>Torrence, CA 90509-2959 | Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978 |
| For-Shor<br>4446 W 1730 S<br>Salt Lake City, UT 84104-4703 | Frontier Ford<br>PO Box 97<br>Diamondville, WY 83116-0097 | Frontier Station, Inc.<br>PO Box 1515<br>Craig, CO 81626-1515 |
| GBE Service Corp.<br>6011 N. Yorktown<br>Tulsa, OK 74130-1575 | Gaffaney's of Williston, Inc.<br>101 E Broadway<br>Miami Beach, FL 33154 | Gases Plus Norco<br>PO Box 789<br>Gillette, WY 82717-0789 |
| Glass Advantage, Inc.<br>230 15th St. NW<br>West Fargo, ND 58078-1338 | Goodman Construction<br>1436 S Old Hwy 75 Ste A<br>Sabetha, KS 66534 | Grainger<br>PO Box 419267<br>Kansas City, MO 64141-6267 |
| Granite Seed Co<br>1697 W 2100 S<br>Lehi, UT 84043 | Grease Monkey & Car Wash<br>7208 S Tucson Way Ste 195<br>Englewood, CO 80112-3943 | Grease Monkey Car Wash<br>615 Wapiti Ct.<br>Rifle, CO 81650-3474 |
| (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | Greg Scallion<br>1507 Metx Dr Unit 1<br>Gillette, WY 82718-7709 | Greg Scallon dba G&G Landscaping<br>1507 Metz Dr Unit 1<br>Gillette, WY 82718-7709 |
| Grensprig LLC<br>PO Box 484<br>Sibley, LA 71073-0484 | H & E Equipment Services<br>11100 Mead Rd. Ste. 200<br>Baton Rouge, LA 70816-2260 | Hampton Inn & Suites<br>499 Airport Rd.<br>Rifle, CO 81650 |
| Hampton Inn & Suites<br>55 Bloomfield Ave.<br>Pinedale, WY 82941-4700 | Hanson Hot Oil Service Co.<br>PO Box 1199<br>Watford City, ND 58854-1199 | Hartford Life<br>PO Box 8500-3690<br>Philadelphia, PA 19178-3690 |
| Theodore J. Hartl<br>600 17th St.<br>Suite 1800 South<br>Denver, CO 80202-5402 | Hayco Transport, Inc.<br>10260 Hwy 71<br>Elm Grove, LA 71051-8026 | Daniel A. Hepner<br>950 Spruce St.<br>Ste., 1C<br>Louisville, CO 80027-1977 |
| Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 | Hillcrest Spring Water Inc<br>2210 N Plaza Dr<br>Rapid City, SD 57702-3601 | Hillside Rental LLC<br>1310 40th St<br>Evans, CO 80620-2526 |

| | | |
|---|---|---|
| Holiday Inn<br>2015 Old Minden Rd.<br>Bossier City, LA 71111-4966 | Homax Oil Sales Inc<br>605 S Poplar<br>Casper, WY 82601-2309 | Home Depot<br>PO Box 6031<br>The Lakes, NV 88901-6031 |
| Hy-Way Feed & Ranch Supply<br>240 W Main<br>Silt, CO 81652-6004 | Ikon Financial Services<br>PO Box 650073<br>Dallas, TX 75265-0073 | Ikon Office Solutions<br>PO Box 7420<br>Pasadena, CA 91109-7420 |
| Industrial & Commercial Products Co.<br>PO Box 849<br>Barstow, CA 92312-0849 | Industrial Fiberglass Specialists, Inc.<br>521 Kiger St.<br>Dayton, OH 45404-1641 | Ink Spot Printing<br>PO Box 404<br>Williston, ND 58802-0404 |
| Integrated Production Services Inc<br>PO Box 201934<br>Dallas, TX 75320-1934 | Intermountain Electric Service<br>701 S Federal Blvd<br>Riverton, WY 82501-4907 | Intermountain Sales of Denver, Inc.<br>3792 S. Lipan St.<br>Englewood, CO 80110-3454 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Power Systems<br>PO Box 880<br>Williston, ND 58802-0880 | Ivey Lumber Co.<br>900 Polk St.<br>Mansfield, LA 71052-2599 |
| JPS Equipment/Volvo Rents<br>4912 Industrial Dr. Ext<br>Bossier City, LA 71112-2602 | Jason's Welding Inc<br>PO Box 29<br>Baggs, WY 82321-0029 | Jean Simpson Personnel Services, Inc.<br>1318 Shreveport-Barksdale Hwy<br>Shreveport, LA 71105-2424 |
| John's Welding Inc<br>PO Box 1299<br>Rifle, CO 81650-1299 | Jon Taylor's Hot Shot & Freight<br>PO Box 8454<br>Bossier City, LA 71113-8454 | K & K Sanitation Inc<br>PO Box 746<br>84066<br>Roosevelt, UT 84066-0746 |
| KEYX-AM<br>PO Box 2048<br>Williston, ND 58802-2048 | KS Industries of Wyoming<br>PO Box 41630<br>ID 83384 | Kenworth Sales Company<br>2125 Constitution Blvd<br>Salt Lake City, UT 84119-1219 |
| LBK Sales<br>PO Box 1133<br>Williston, ND 58802-1133 | LBK Sales & Service<br>PO Box 1133<br>Williston, ND 58802-1133 | LJ Trucking<br>Rt 3 Box 3668<br>Myton, UT 84052-9734 |
| Labor Ready<br>PO Box 31001-0257<br>Pasadena, CA 91110-0257 | Landtech Enterprises<br>PO Box 1560<br>Sidney, MT 59270-1560 | Lawson Products<br>PO Box 809401<br>Chicago, IL 60680-9401 |

| | | |
|---|---|---|
| Leftovers Inc<br>2035 Milleg Ln<br>Big Piney, WY 83113 | Lewis & Lewis Inc<br>PO Box 1928<br>Rock Springs, WY 82902-1928 | Lightning Bolt<br>6060 S 300 W #4<br>Murray, UT 84107-7065 |
| Log Shed Partnership<br>674 Big Horn St<br>Rock Springs, WY 82901-7304 | Logshed Partnership<br>674 Big Horn St<br>Rock Springs, WY 82901-7304 | Lott Oil Co.<br>PO Box 17<br>Natchitoches, LA 71458-0017 |
| Louisiana Oil & Gas Association<br>PO Box 4069<br>Baton Rouge, LA 70821-4069 | M&N Equipment, LLC<br>PO Box 2490<br>Casper, WY 82602-2490 | Master Petroleum Company<br>PO Box 66<br>Silt, CO 81652-0066 |
| McJunkin Red Man Corp.<br>PO Box 640300<br>Pittsburgh, PA 15264-0300 | McKendree Trucking, Inc.<br>PO Box 50646<br>Casper, WY 82605-0646 | McNeilus Truck & Mfg. Co.<br>7080 Eudora Drive<br>Chicago, IL 60693-0001 |
| Meeks Enterprises LLC<br>275 North Piney Cottonwood Rd.<br>Big Piney, WY 83113-8805 | Micro Solutions<br>113 W. Fourth Street<br>Rifle, CO 81650-2207 | Midas Auto Service Experts<br>2390 W. 28th St.<br>Greeley, CO 80634-8010 |
| Midway Mall<br>Pinemar Subdivision<br>Marbleton, WY 83113 | Midway Truck Stop<br>Hwy 189 Pinemar Subdivision<br>Marbleton, WY 83113 | Mike's Oilfield Services<br>PO Box 366<br>Big Piney, WY 83113-0366 |
| Milbar Hydro-Test, Inc.<br>PO Box 7701<br>Shreveport, LA 71137-7701 | Milestones & Memories<br>PO Box 401<br>Big Piney, WY 83113-0401 | Minute Lube<br>324 26th St. East<br>Williston, ND 58801-3040 |
| Mobile Mini, Inc.<br>7420 S. Kyrene Rd., Ste 101<br>Tempe, AZ 85283-4610 | Modular Space<br>12603 Collections Center Dr<br>Chicago, IL 60693-0126 | MonDak Portables, LLC<br>PO Box 397<br>Williston, ND 58802-0397 |
| Montana-Dakota Utilities<br>PO Box 5603<br>Bismark, ND 58506-5603 | Moore's Truck Tire - 58<br>8901 Linwood Avenue<br>Shreveport, LA 71106-6507 | Moran Trucking<br>PO Box 228<br>Robeline, LA 71469-0228 |
| Morris Trucking, Inc.<br>6473 Cypress St.<br>West Monroe, LA 71291-9017 | Morts Car Wash & Fuel, Inc.<br>PO Box 26<br>Vernal, UT 84078-0026 | Mount Olympus Waters<br>PO Box 25426<br>Salt Lake City, UT 84125-0426 |

| | | |
|---|---|---|
| Mountain Auto Supply<br>955 North Main<br>Buffalo, WY 82834-9391 | Mountrail Williams Electric Cooperative<br>PO Box 1346<br>Williston, ND 58802-1346 | Mt Village<br>PO Box 1226<br>Big Piney, WY 83113-1226 |
| Myers Auto Parts, Inc.<br>1915 Second Avenue West<br>Williston, ND 58801-3403 | N-Line Electric<br>14293 Longs Peak Ct.<br>Longmont, CO 80504-9698 | National Oilwell<br>PO Box 200838<br>Dallas, TX 75320-0838 |
| Nemont<br>PO Box 600<br>Scobey, MT 59263-0600 | Neumann Service<br>613 Mineral Point Rd.<br>Troy, KS 66087-5202 | Niels Fugal Sons Co.<br>c/o Dennis Smith<br>1005 S. Main<br>Pleasant Grove, UT 84062-3509 |
| North Baggs Water Users<br>PO Box 322<br>Baggs, WY 82321-0322 | North Dakota One Call<br>7223 Parkway Dr., Ste. 210<br>Hanover, MD 21076-1392 | North Dakota Workforce Safety & Insuranc<br>PO Box 5585<br>Bismarck, ND 58506-5585 |
| North Dakota Workforce Training<br>PO Box 1326<br>Williston, ND 58802-1326 | North Park Transportation<br>5150 Columbine Street<br>Denver, CO 80216-2305 | Northwest Parkway<br>3701 Northwest Parkway<br>Broomfield, CO 80023-9479 |
| OST Fluid Services<br>PO Box 1106<br>Tatum, TX 75691-1106 | Office Outlet<br>PO Box 662<br>Pinedale, WY 82941-0662 | Oil Field Safety, Inc.<br>2523 Second Street West<br>Williston, ND 58801-6903 |
| PHSI Pure Water Finance<br>950 Corporate Woods Parkway<br>Vernon Hills, IL 60061-3155 | Pacific Steel & Recycling<br>PO Box 129<br>Rock Springs, WY 82902-0129 | Park Plaza, Inc.<br>601 S. Central Ave.<br>Sidney, MT 59270-4998 |
| Jeffrey Parris<br>910 16th St.<br>Ste. 800<br>Denver, CO 80202-2925 | Peterbilt of Wyoming<br>19 Bowker Rd.<br>Rock Springs, WY 82901-6908 | Pine Needle Embroidery, Inc.<br>158 Aspen<br>Victor, ID 83455 |
| Pinedale Auto Supply NAPA<br>PO Box 666<br>Big Piney, WY 83113-0666 | Pinedale Lumber<br>PO Box 746<br>Pinedale, WY 82941-0746 | Pinedale Rental<br>PO Box 746<br>Pinedale, WY 82941-0746 |
| Pipeliner's Warehouse, Inc.<br>5610 Harvey Wilson Dr.<br>Houston, TX 77020-8019 | Pitney Bowes Global Financial Services<br>PO Box 856460<br>Louisville, KY 40285-6460 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 |

| | | |
|---|---|---|
| Praxair Distribution, Inc.<br>Dept. CH 10660<br>Palatine, IL 60055-0660 | Precision Drilling Services, LLC<br>PO Box 2972<br>West Monroe, LA 71294-2972 | Premier Power Plants & Pumps, Inc.<br>PO Box 129<br>Farson, WY 82932-0129 |
| Price Supply, Inc.<br>109 Cason Rd.<br>Broussard, LA 70518-3254 | Pro Kote Engeineering & Supply<br>590 Circle Drive<br>Casper, WY 82601-1611 | Pure Health Solutions, Inc.<br>PO Box 404582<br>Atlanta, GA 30384-4582 |
| Quality Inn & Suites<br>2717 Village Lane<br>Bossier City, LA 71112-2319 | Quality Mat Company<br>6550 Tram Rd.<br>Beaumont, TX 77713-8703 | Qwest - AZ - Local<br>PO Box 29040<br>Phoenix, AZ 85038-9040 |
| R & B Construction<br>6412 S 900 E Ste 201<br>Salt Lake City, UT 84121-6050 | R&R Construction, Inc.<br>6412 S. 900 E., Ste. 201<br>Salt Lake City, UT 84121-6050 | R&R Propane<br>PO Box 396<br>Roosevelt, UT 84066-0396 |
| R&S Trucking<br>536 Odin Drive<br>Silt, CO 81652-9551 | RDO Equipment/Power Plan<br>PO Box 7160<br>Fargo, ND 58106-7160 | Ram Waste Systems, Inc.<br>5704 Bueno Dr.<br>Fort Collins, CO 80525-3879 |
| Ramada Worldwide<br>300 West F Street<br>Casper, WY 82601-1328 | Ramfire Ranch, LLC<br>PO Box 350<br>Daniel, WY 83115-0350 | Ranchland Welding & Fabrication<br>PO Box 3174<br>Rock Springs, WY 82902-3174 |
| Rasmussen Equipment Company<br>3333 West 2100 South<br>Salt Lake City, UT 84119-1197 | Reed's Ready Mix & Consstruction, Inc.<br>PO Box 643<br>Pinedale, WY 82941-0643 | Reliable Office Supplies<br>PO Box 105529<br>Atlanta, GA 30348-5529 |
| Reliable Printing Soutions, Inc.<br>2230 Michigan Ave.<br>Santa Monica, CA 90404-3906 | Rich's Tire & Wheels<br>PO Box 399<br>Baggs, WY 82321-0399 | Richland Pump & Supply<br>8221 62nd St. NW<br>Stanley, ND 58784 |
| Rifle Truck & Trailer<br>PO Box 961<br>Rifle, CO 81650-0961 | Ritchie Tree Service<br>156 Browder St.<br>Chatham, LA 71226-9805 | Rocky Mountain Agronomy Center, Inc.<br>PO Box 1854<br>Riverton, WY 82501-0236 |
| Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125-0308 | Rocky Mountain Wash, LLC<br>PO Box 1200<br>Pinedale, WY 82941-1200 | RubinBrown, LLP<br>1900 16th Street<br>Suite 300<br>Denver, CO 80202-5131 |

| | | |
|---|---|---|
| Ryan Equipment, LLC<br>PO Box 411<br>Gillette, WY 82717-0411 | Ryan Motors, Inc.<br>PO Box 2598<br>Williston, ND 58802-2598 | S.T.O.R.M Safety<br>PO Box 681<br>Henderson, TX 75653-0681 |
| S/L Services, Inc.<br>2221 S. Central Ave.<br>Sidney, MT 59270-5515 | STRATA Networks<br>609 W. Main<br>Vernal, UT 84078-2407 | Safety Supply America<br>PO Box 10608<br>Newport Beach, CA 92658-5002 |
| Sam Castleberry<br>1420 W. Koch<br>Bozeman, MT 59715-4253 | SatCom Global<br>1345 N. Alma School Rd., Ste. 150<br>Chandler, AZ 85224-2958 | Peter Schulman<br>RubinBrown LLP<br>1660 Lincoln St.<br>Ste. 2000<br>Denver, CO 80264-2001 |
| Screen Works and More<br>1530 A Railroad<br>Rifle, CO 81650-3301 | Select Equipment, Inc.<br>Rt. 3 Box 3925<br>Roosevelt, UT 84066 | Seller's Parts Plus<br>PO Box 500<br>Diamondville, WY 83116-0500 |
| Service Steel & Pipe, Inc.<br>PO Box 7691<br>Shreveport, LA 71137-7691 | Severson Supply & Rental Co., Inc.<br>PO Box 478<br>Craig, CO 81626-0478 | Shadow Mountain Water of WY<br>PO Box 2047<br>Rock Springs, WY 82902-2047 |
| Showalter Motor Company<br>PO Box 1698<br>Vernal, UT 84078-5698 | Sideline Collections, Inc.<br>1031 Elk Street<br>Rock Springs, WY 82901-4523 | Silt Sand & Gravel<br>0304 Hwy 133<br>Carbondale, CO 81623-1532 |
| Simper Supply, Inc.<br>PO Box 1128<br>Vernal, UT 84078-1128 | Skidril Industries<br>PO Box 8041<br>Greensboro, NC 27419-0041 | Southland Safety, LLC<br>PO Box 1435<br>Henderson, TX 75653-1435 |
| Speedy Lube<br>438 N. Seventh Ave.<br>Bozeman, MT 59715-3310 | Stallion Oilfield Services, Ltd.<br>PO Box 1486<br>Houston, TX 77251-1486 | Standard Express<br>268 S. 200 East<br>Roosevelt, UT 84066-3109 |
| Stanley Equipment, Inc.<br>PO Box 670<br>Stanley, ND 58784-0670 | Staples Advantage<br>PO Box 95708<br>White Cloud, KS 66094-5708 | Sterling Construction Management LLC<br>PO Box 792<br>Rifle, CO 81650-0792 |
| Sterling Crane, LLC<br>2219 Sanford Dr.<br>Grand Junction, CO 81505-9434 | Suddenlink Comminications<br>PO Box 951391<br>Dallas, TX 75395-1391 | Sunbelt Equipment Marketing, Inc.<br>500 Davenport Dr.<br>College Station, TX 77845-8421 |

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

Sunbelt Tractor & Equipment Co.
18555 Hwy 6 South
College Station, TX 77845-8636

Superior Technical Service
PO Box 144
Superior, WY 82945-0144

T Thacker's, Inc. - NAPA
157 North 300 East  123-11
Roosevelt, UT 84066-3031

T&E Rental Store
PO Box 58201
Tukwila, WA 98138-1201

TJ's American Car Care Center, Inc.
Rt. 1 Box 2865
Roosevelt, UT 84066

The CAT Rental Store
DEpt. 1291
Denver, CO 80291-1291

The Rifle Group
PO Box 710
Basalt, CO 81621-0710

Tioga Parts Supply, Inc. - NAPA
PO Box 879
Tioga, ND 58852-0879

Tital Machinery, Inc.
1100 W. Coyote Ave.
Casper, WY 82601-9324

Titan Trucking, Inc.
PO Box 881774
San Francisco, CA 94188-1774

Toolpushers Supply
PO Box 291
Boulder, WY 82923-0291

Total Destruction, LLC
400 Mount Carmel Rd.
Camden, TN 38320-6402

Town of Granger
PO Box 42
Granger, WY 82934-0042

Town of Mills
PO Box 789
Mills, WY 82644-0789

Trans Equipment Supply Co.
PO Box 1811
Rock Springs, WY 82902-1811

Transport Leasing
2125 Constitution Blvd.
West Valley, UT 84119-1219

Travel Host
3801 Second Avenue West
Williston, ND 58801-2607

Treadway's - NAPA
1325 N. Market
Shreveport, LA 71107-6523

Tri County Glass, Inc.
PO Box 1111
Williston, ND 58802-1111

Tri County Sanitation
PO Box 1802
Pinedale, WY 82941-1802

Tri-State Recycling Services
PO Box A
Council Bluffs, IA 51502-2057

Truax Company, Inc.
4300 Quebec Ave. No.
New Hope, MN 55428-4983

US Trustee 7
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Union Telephone Company
PO Box 160
Mountain View, WY 82939-0160

United Rentals
File 51122
Los Angeles, CA 90074-1122

United Site Services
3408 Hillcap Avenue
San Jose, CA 95136-1306

Venture Oilfield Service, Inc.
10315 65th Street NW
Tioga, ND 58852-9208

Veriforce
1776 Woodstead Court, Ste. 119
The Woodlands, TX 77380-1450

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

| | | |
|---|---|---|
| Vermeer Sales and Service of Colorado<br>5801 E. 76th Avenue<br>Commerce City, CO 80022-1061 | WB Supply Company<br>PO Box 972856<br>Dallas, TX 75397-2856 | Wagner Equipment Co., Inc.<br>Arnold & Arnold, LLP<br>7691 Shaffer Pkwy. Ste. A<br>Littleton, CO 80127-3010 |
| Wagner Rents<br>Dept. 1291<br>Denver, CO 80291-1291 | Warrior Services, LLC<br>PO Box 1423<br>Evanston, WY 82931-1423 | Waste Connections, Inc.<br>PO Box 204<br>Casper, WY 82602-0204 |
| Waste Management<br>PO Box 78251<br>Phoenix, AZ 85062-8251 | Waterco LLC<br>PO Box 632<br>Gillette, WY 82717-0632 | Jeffrey A. Weinman<br>730 17th St.<br>Ste. 240<br>Denver, CO 80202-3506 |
| Western Slope Trailer Sales<br>3150 Airport Rd.<br>Rifle, CO 81650-7401 | Wheeler Cat<br>PO Box 701047<br>Salt Lake City, UT 84170-1047 | White Mountain Operating LLC<br>PO Box 2353<br>Pinedale, WY 82941-2353 |
| William Insulation Co.<br>PO Box 2259<br>Kersey, CO 80644 | Williams Rural Water District<br>PO Box 1285<br>Williston, ND 58802-1285 | Williston Fire & Safety, Inc.<br>3420 Second Avenue West<br>Williston, ND 58801-2616 |
| Williston Tire Center, Inc.<br>PO Box 1272<br>Williston, ND 58802-1272 | Wilson Supply<br>PO Box 200822<br>Dallas, TX 75320-0822 | Wind River Transport, Inc.<br>c/o Daniel A. Hepner, Esq.<br>9101 Harlan Street<br>Ste. 260<br>Westminster, CO 80031-2926 |
| Wolf's Pinedale Dodge, LLC<br>PO Box 990<br>Pinedale, WY 82941-0990 | Work Kare of Willis - Knighton<br>2724 Greenwood Rd.<br>Shreveport, LA 71109-4635 | Worldwide Express<br>700 N. Colorado Blvd., #343<br>Denver, CO 80206-4084 |
| Wyoming Fabrication & Machine<br>4748 Hwy 89 North<br>Evanston, WY 82930-9703 | Wyoming Inn of Labarge, Inc.<br>PO Box 396<br>La Barge, WY 83123-0396 | Wyoming Machinery<br>1980 Sunset Drive<br>Casper, WY 82601-7408 |
| Wyoming Rents<br>2401 East Yellowstone Hwy<br>Casper, WY 82609-1759 | Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | Yampa Valley Electric Association<br>PO Box 217<br>Craig, CO 81626-0217 |
| Zoco Unlimited, Inc.<br>PO Box 305<br>Baggs, WY 82321-0305 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Airgas Mid South               Atmos Energy                   Great America Leasing Corp
PO Box 676015                  PO Box 79073                   PO Box 609
Dallas, TX 75267-6015          Phoenix, AZ 85062-9073         Cedar Rapids, IA 52406-0609



Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Big B Equipment Inc            Borsheim Builders Supply, Inc.
RR 3 Box 3018                  5028 139th Avenue NW
Roosevelt, UT 84066            Williston, ND 58801



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Bossier City Office Park Corp.    (d)Ditch Witch                 (d)Modular Space Corporation
3018 Old Minden Rd., Ste. 1202       5402 Industrial Dr. Ext.       12603 Collections Center Dr.
Bossier City, LA 71112-2542          Bossier City, LA 71112-2625    Chicago, IL 60693-0126


(d)Jeffrey A. Weinman                (d)Wind River Transport, Inc.  End of Label Matrix
730 17th St.                         c/o Daniel A. Hepner Esq       Mailable recipients   327
Ste. 240                             9101 Harlan Street, Suite 260  Bypassed recipients     5
Denver, CO 80202-3506                Westminster, CO 80031-2926     Total                 332